Ryan Lee
Law Offices of Ryan Lee, PLLC
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Phone: (323) 524-9500
Fax: (323) 524-9502
ryan@ryanleepllc.com
*Attorney for Plaintiff,*
*Elisha Forga*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Elisha Forga, <br><br> Plaintiff, <br><br> v. <br><br> Ally Financial Inc., <br><br> Defendant. | No.  2:20-cv-00219-SMB <br><br> **Notice of Settlement** |

Plaintiff, Elisha Forga, ("Plaintiff"), through her attorney, Ryan Lee, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

DATED:  March 27, 2020       By:/s/ Ryan Lee
                                                        Ryan Lee
                                                        Law Offices of Ryan Lee, PLLC
                                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on March 27, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Ryan Lee
      Ryan Lee