1 Ryan Lee
Law Offices of Ryan Lee, PLLC
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Phone: (323) 524-9500
Fax: (323) 524-9502
ryan@ryanleepllc.com
*Attorney for Plaintiff,*
*Elisha Forga*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Elisha Forga,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Ally Financial Inc.,<br><br>　　　　　　　　Defendant. | No. 2:20-cv-00219-SMB<br><br>**Stipulation to Dismiss** |

Plaintiff, Elisha Forga, and Defendant, Ally Financial, Inc., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

By:/s/ Ryan Lee　　　　　　　　　　　　By:/s/ Bradley Anthony Burns
　　Ryan Lee　　　　　　　　　　　　　　　　Bradley Anthony Burns
　　Law Offices of Ryan Lee, PLLC　　　　　Dickinson Wright PLLC
　　Attorney for Plaintiff　　　　　　　　　　Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on May 6, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Ryan Lee
Ryan Lee