# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elisha Forga, | No. CV-20-00219-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Ally Financial Incorporated, | |
| Defendant. | |

Pursuant to the Stipulation to Dismiss (Doc. 16) and good cause appearing,

**IT IS ORDERED** that this matter is dismissed with prejudice, each side to bear its own fees and costs.

Dated this 6th day of May, 2020.

Honorable Susan M. Brnovich
United States District Judge